UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE-ANNE WALTERS as next friend
and mother of four minor children,
G.W.1, G.W.2, J.D., KM,

        Plaintiffs,

v.

LOCKWOOD, ANDREWS &
NEWNAM, PC, a Michigan
Corporation, LOCKWOOD,
ANDREWS & NEWNAM, INC., a
Texas Corporation, Leo A. Daly
Company, a Nebraska Corporation,
Rowe Professions Services Company,
f/k/a Row Engineering, Inc., Veolia
North America, LLC, a Delaware
Corporation, and Veolia North
America, Inc., a Delaware Corporation,
Bradley Wurfel, Eden Victoria Wells,
M.D., and Howard Croft,

        Defendants.
_____/

Case No.: 5:16-cv-10794
Hon. John Corbett O'Meara
Magistrate Judge Mona K. Majzoub

## APPEARANCE

**PLEASE TAKE NOTICE** that Reginald M. Turner, Jr., of Clark Hill PLC, has this day entered his appearance as counsel on behalf of Defendant, Bradley Wurfel, in the above-referenced matter.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CLARK HILL PLC |
| April 11, 2016 | By: /s/ Reginald M. Turner, Jr. |
|  | Reginald M. Turner, Jr. (P40543)<br>CLARK HILL PLC<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>Telephone: (313) 965-8318<br>rturner@clarkhill.com<br>Attorney for Defendant Bradley Wurfel |

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2016, I caused electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all properly registered counsel.

Respectfully submitted,

CLARK HILL PLC

By: /s/ Reginald M. Turner, Jr.
Reginald M. Turner, Jr. (P40543)
CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
Telephone: (313) 965-8318
rturner@clarkhill.com
Attorney for Defendant Bradley Wurfel

204376067.1 53499/196387